UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ARNOLD ROSE, | No. CV 09-1944-PA(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| FREDERICK B. HAWS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is summarily dismissed for lack of jurisdiction.

DATED: May 15, 2009

PERCY ANDERSON
United States District Judge